No. 605, Misc. MACK v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 610, Misc. JOHNSON v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 616, Misc. TROUT v. MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 617, Misc. JOHNSON v. DUNBAR, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 618, Misc. MILLER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 634, Misc. SWINDLE v. CHANCERY COURT OF GREENE COUNTY ET AL. Sup. Ct. Ark. Certiorari denied. *Maurice Cathey* for petitioner.

No. 636, Misc. TOMAIOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 638, Misc. GAXIOLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 659, Misc. SCHILDHAUS v. CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se*. *J. Lee Rankin* for respondent.

No. 667, Misc. CHASE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *Walter J. Hurley* for petitioner. *John P. S. Burke* for respondent.